FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP -7  AM 10: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                              CR. NO. 04-20407-B

T.A.GRAVES,

    Defendants.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

---

This cause came on for a report date on August 29, 2005.  At that time counsel for the defendant requested  a continuance of the September 6, 2005 trial date due to the defendant's absence undergoing medical treatment.

The Court granted the request and reset the trial date to November 7, 2005 with a **report date of Monday, October 31,  2005, at 9:30 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from September 16, 2005  through November 18, 2005  is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _6_ day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Document entered on the docket sheet in compliance
Rule 55 and/or 32(b) FRCrP on 9-8-05

34

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20407 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT