IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 23 PM 3:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                          CR. NO. 04-20407-B

T.A. GRAVES,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
And ** *SETTING* **

---

This cause came on for a report date on October 31, 2005. At that time counsel for the defendant requested a continuance of the November 7, 2005 trial date in order to allow for additional preparation in the case. A new trial date of December 5, 2005 was set, with a report date of November 28, 2005. The U.S. Marshal has since reported to the Court that the defendant will not be available for appearance on November 28, 2005.

The Court hereby resets the trial date to January 3, 2006 with a report date of ** *Wednesday, December 21, 2005, at 9:30 a.m.*,** in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from November 18, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 23rd day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-23-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20407 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT